UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES SPURLOCK, SR., ET AL. | CIVIL ACTION NO. 06-0192 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHASE BANK, N.A., ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Court's Memorandum Ruling:

For the foregoing reasons, the Court finds that the plaintiffs acquiesced in the default judgment rendered against them. Accordingly, the instant nullity action is barred by Louisiana Civil Code article 2003. The Court construes the defendant's request for judgment in its favor declaring the plaintiffs' nullity suit barred [see Doc. No. 29-1 at 9] as a motion for summary judgment, which is hereby **GRANTED.**

Therefore:

**IT IS ORDERED** that plaintiffs' motion for partial summary judgment [Doc. No. 22] is hereby **DENIED.**

**IT IS FURTHER ORDERED** that defendant's motion for summary judgment is **GRANTED**, and plaintiffs' claims are hereby **DISMISSED, WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 14th day of September, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE